# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2008

Clifford W. Taylor,
Chief Justice

Rehearing No. 544

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

1 October 2007

132218

MARY ELLEN McDONALD,
     Plaintiff-Appellee,

v

                               SC: 132218
                               COA: 259168

FARM BUREAU INSURANCE CO,
     Defendant-Appellant.
_____
                               Genesee CC: 03-076398-NF

     In this cause a motion for rehearing is considered and it is DENIED

     Cavanagh, Weaver and Kelly, JJ., would grant rehearing.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2008

Clerk